In the Matter of the Petition of LEWIS N. CRANE et al., Appellants, for a Construction of the Will of IDA C. POTTS, Deceased.

STEPHEN F. AVERY, Respondent.

*Will — construction — provision for trust in perpetuity for charitable purpose valid.*

*Matter of Potts,* 205 App. Div. 147, affirmed.

(Argued October 4, 1923; decided October 23, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 14, 1923, which modified and affirmed as modified a decree of the Columbia County Surrogate's Court construing the will of Ida C. Potts, deceased, and held valid all of the provisions contained in paragraph 26 of the will which paragraph provided that the residue of her estate should be used for the construction, maintenance and operation of a hospital and erected a trust in perpetuity for that purpose.

*Francis D. McCurn* for Lewis N. Crane et al., appellants.

*John L. Crandell* for Mary Fisher, appellant.

*Robert G. Patrie* for Albert Potts, appellant.

*R. Monell Herzberg* for respondent.

Order affirmed, with costs to each set of parties filing a brief payable out of estate; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.